UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
                                                :
RICHARD L. BELL                                 :
                                                :   CASE NO. 1:11-CV-2092
            Plaintiff,                          :
                                                :
v.                                              :   AMENDED ORDER & JUDGMENT
                                                :
MICHAEL J. ASTRUE,                              :
Commissioner of Social Security,                :
                                                :
            Defendant.                          :
                                                :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On December 22, 2011, Magistrate Judge Vecchiarelli filed a Report & Recommendation recommending that Plaintiff Richard Bell's complaint be dismissed. *See* [Doc. 11]. On January 4, 2012, Bell filed a "Motion for Reconsideration and Objections to the Magistrate's Report and Recommendation," asking "that the Magistrate [Judge] reconsider her determination that this case should be dismissed." [Doc. 12].  The Court construed this as a motion for Magistrate Judge Vecchiarelli to reconsider her Report & Recommendation and Magistrate Judge Vecchiarelli—in an order denying Bell's motion for reconsideration—warned Bell that "[a] party may not seek review of a Magistrate Judge's order by both the Magistrate Judge in a motion for reconsideration and the District Judge in an objection simultaneously." [Doc. 13, at 3 n.1].  Since that time, Bell has not filed any objections to Magistrate Judge Vecchiarelli's Report & Recommendation or her order denying Bell's motion for reconsideration.

-2-

Case No. 1:11-CV-2092
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Vecchiarelli's Report & Recommendation and, for the reasons provided in that Report & Recommendation, **DISMISSES** Plaintiff's complaint. This action is **TERMINATED** under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.


Dated: May 22, 2012                             s/      *James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE